Your name Annette Flick

Plaintiff

- against -

No. 07- 563

GARAUFIS, J.

**I. Parties**

Plaintiff Annette Flick, resides at 375 Ocean Ave Apt 1A, Brooklyn N.Y. 11235

Defendants Bin Laden — resides at Sadiria Arbia

Defendants _____ resides at _____

**II.** The Jurisdiction of the Court is invoked Pursuant to

**III. Statement of Claim** Aunt will I   IV   III   V
All These people is Barbara, Bin Laden, Tonya, need To B wife is of Tonya, Katherine LaRoc, Doris Brooks, Loretta Ky, Lynette Thomas of City Hall Newark N.J., Tolisa of D. Henit hood. Sint Robinson Norice Robinson of 204 Fairmont Ave 1985 Antra the Moorish Americans Best Friend also maybe make to William Sturks Et III who also is Prince Charles of, also O.J. Simpson and his attorney. I wish to make it clear, That I Annette Flick was the Sole Victim to this Rupture. and that I am Interscent to what they euf all Together. Bin Laden Head's St Mark's, its the Basement, Roslyn Adams Barbara, also Lorine Richard's Daughter. All Them Got a Life since 1992 Expecting me not to have a life at all, Even Throw Hitler is Dead. He Still speak's said the Blond Headed Female's They claims is Their Queen is the MX Russian Notzi soilder's he let be notzi in Germany. He let only Blond Hair men or Boys In. That How you Read's who the Male Notzi is today, which Stoned me in Russia when find lived there in hr Redscroll

**IV. Remedies** State what 0 Such as Money, you seek from Each Defendant.

Date 2-1-07

Sign Your Name Annette Flick

718 377-3245
Telephone Number



4-29-2003  WEEKLY World News

Also the Scooter Libby strip
[illegible handwriting] would keep to run
all over my Books. my Super help's [illegible]