Original

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Annette Flb *[name]* *Plaintiff*

-vs-

GARAUFIS, J.

Bin Laden

_____ Defendant(s)

563

RECEIVED
FEB 0 5 2007
PRO SE OFFICE

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, _Annette Flb_____, am the plaintiff in the above entitled case. I
hereby request to proceed without being required to prepay fees or costs or give security therefore.
I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    F.J.C 41 Cresent  Statend Island

    Std By in 2 weeks

2.  If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.

    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    Avenue  8/2005   10/2005

3.  Have you received, within the past twelve months, any money from any source? If so,
    name the source and the amount of money you received.

    a) Are you receiving any public benefits?     ☑ No  ☐ Yes, $ _____

    b) Do you receive any income from any other source?   ☐ No  ☑ Yes, $ 37.00

4. Do you have any money, including any money in a checking or savings account? If so, how much?

$2.92

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

Betty line   $300.00 a month

7. Do you pay for rent or for a mortgage? If so, how much each month?

$300.00   117.00 a month is Given Bi week By the State of N.Y

8. State any special financial circumstances which the Court should consider.

Yes I lost All My Belonging, Because The State of New Jersy (Newark) Citizen alone with Classmates of Graner School with version of other state's Pratice a Nonzi Cult on me. Cursing my Home's to Be destroy alsoo Moug Because I moved state to state Since 1991 away From The Cult's But They only Grew proer was waiting for me To feed off me sally out the united States Gouverment, Mishandeling the Babey

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 2-1-07

Annette Fluke
(signature)

rev. 7/2002