Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action __07__ CV __563__ was assigned to Judge __GALAUFIS__ and Magistrate Judge __BLOOM__

as related to

07CV556 (NGG)(LB)
07CV557 (NGG)(LB)
07CV558 (NGG)(LB)
07CV559 (NGG)(LB)
07CV560 (NGG)(LB)
07CV561 (NGG)(LB)
07CV562 (NGG)(LB)
07CV563 (NGG)(LB)
07CV564 (NGG)(LB)
07CV565 (NGG)(LB)
07CV566 (NGG)(LB)
07CV567 (NGG)(LB)
07CV568 (NGG)(LB)

06cv5312(NGG)(LB)890/OTHER
07CV156 (NGG)(LB)890/OTHER
07CV159 (NGG)(LB)890/OTHER
07CV162 (NGG)(LB)890/OTHER
07CV164 (NGG)(LB)890/OTHER
07CV166(NGG)(LB)890/OTHER
07CV167(NGG)(LB)890/OTHER
07CV171 (NGG)(LB)890/OTHER
07CV178(NGG)(LB)890/OTHER
07CV180(NGG)(LB)890/OTHER

on __FEBRUARY 5__, 2007.

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File