UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

HUSSEIN SADDAM ESTATE,

        Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

PRESIDENT VLADIMIR PUTIN,

        Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

PRINCE RHAINER'S [SIC] ESTATE,

        Defendant.
------------------------------------------------------------x

**MEMORANDUM AND ORDER**
07-CV-156 (NGG)

07-CV-159 (NGG)

07-CV-162 (NGG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

   -against-

PRINCESS CAROLINE, PRINCE RHAINER
AND PRINCESS GRACEY,

               Defendants.
-----------------------------------------------------------x
-----------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

   -against-

PRINCE PHILLIPS AND QUEEN ELIZABETH,

               Defendants.
-----------------------------------------------------------x
-----------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

   -against-

PRINCE WILLIAMS,

               Defendant.
-----------------------------------------------------------x

07-CV-164 (NGG)

07-CV-166 (NGG)

07-CV-167 (NGG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANNETTE FLUKER,

        Plaintiff,

        -against-

PRINCE CHARLES AND CARMILA PARKER
BOWLES [SIC],

        Defendants.
------------------------------------------------------------X

07-CV-171 (NGG)

------------------------------------------------------------X

ANNETTE FLUKER,

        Plaintiff,

        -against-

CARMILLA PARKER BOWELS [SIC] AND
PRINCE CHARLES,

        Defendants.
------------------------------------------------------------X

07-CV-178 (NGG)

------------------------------------------------------------X

ANNETTE FLUKER,

        Plaintiff,

        -against-

HITLER'S ESTATE; HOLOCAUST GERMANY
ESTATE,

        Defendants.
------------------------------------------------------------X

07-CV-180 (NGG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

     -against-

KHADAFY,

              Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

07-CV-556 (NGG)

ANNETTE FLUKER,

               Plaintiff,

     -against-

CHRILL,

              Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

07-CV-557 (NGG)

ANNETTE FLUKER,

               Plaintiff,

     -against-

HILLERY [SIC] R. CLINTON AND
BILL CLINTON,

               Defendants.
------------------------------------------------------------x
------------------------------------------------------------x

07-CV-558 (NGG)

ANNETTE FLUKER,

               Plaintiff,

     -against-

JUBILEE CATHOLIC,

             Defendant.
------------------------------------------------------------x

07-CV-559 (NGG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

      -against-

OSAMI BIN LADDIN [SIC],

               Defendant.

07-CV-560 (NGG)

------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

      -against-

VALUE CITY,

               Defendant.

07-CV-561 (NGG)

------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

      -against-

MIKE TYSON,

               Defendant.

07-CV-562 (NGG)

------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

      -against-

BIN LADEN,

               Defendant.

07-CV-563 (NGG)

------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

           Plaintiff,

     -against-                              07-CV-564 (NGG)

BILL CLINTON,

           Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

           Plaintiff,

     -against-                              07-CV-565 (NGG)

DON KING,

           Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

           Plaintiff,

     -against-                              07-CV-566 (NGG)

MUSTUFAH FARRAKHAM AND MICHAEL
JACKSON,

           Defendants.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

           Plaintiff,

     -against-                              07-CV-567 (NGG)

PATIENT CARE,

           Defendant.
------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

        -against-                                          07-CV-568 (NGG)

JESSE JACKSON,

        Defendant.
------------------------------------------------------------x
------------------------------------------------------------x
ANNETTE FLUKER,

       Plaintiff,

        -against-                                          07-CV-569 (NGG)

VATICAN,

        Defendant.
------------------------------------------------------------x
**GARAUFIS**, United States District Judge.

On January 11, 2007, plaintiff, appearing *pro se*, filed nine actions. On February 5, 2007, plaintiff filed an additional fourteen complaints. The Court grants plaintiff's requests to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, consolidates these actions solely for the purpose of this order, and dismisses each of the twenty-three complaints for the reasons stated below.

## STANDARD OF REVIEW

The Court is mindful that because plaintiff is proceeding *pro se*, her submissions should be held "to less stringent standards than formal pleadings drafted by lawyers." Hughes v. Rowe, 449 U.S. 5, 9 (1980). Under 28 U.S.C. § 1915 (e)(2)(B), a district court shall dismiss an *in forma pauperis* action where it is satisfied that the action "(i) is frivolous or malicious; (ii) fails to state a

1

claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." An action is frivolous when "the factual contentions are clearly baseless, such as when allegations are the product of delusion or fantasy." Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998) (internal quotations and citations omitted). "A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." Denton v. Hernandez, 504 U.S. 25, 33 (1992).

## DISCUSSION

Plaintiff's pleadings are irrational and wholly incredible. In addition, the handwritten complaints are increasingly illegible. There are no cognizable claims or intelligible sentences within its texts. For example: in Fluker v. Putin, 07-CV-159, plaintiff alleges that "I lost because he allowed Morrocan's Princess Caroline to head him in a Movement concerning my rapture since 1991." Complaint at 1. In Fluker v. Saddam, 07-CV-156, plaintiff alleges "myself and Hussein Saddam came into contact by letter as we read of John F. Kennedy Jr. Skinny dipping in swimming trunks . . . " Complaint at 1. In Fluker v. Hitlers Estate, 07-CV-180, plaintiff alleges that "Because the dark hates the light. Romi is a serpent which is still have not dead." Complaint at 1. In Fluker v. Princess Caroline et al., 07-CV-164, plaintiff alleges that "Princess Caroline helped mastermine [sic] to place me in a satanic cult also crucifing [sic] me. Stoned me half to death." Complaint at 1. In Fluker v. Chrill, 07-CV-557, plaintiff states "they pull me off my attorney job to set up cults." Complaint at 1. In Fluker v. Hillary and Bill Clinton, 07-CV-564, plaintiff states "The cult on me 1991, which threw President Clinton into Spain with Chelsey Clinton. Where President Clinton grew very angry, striping me." Complaint at 1. In Fluker v. Osami Bin Laddin, 07-CV-560, plaintiff states:

2

> Since year 2002 I've been speaking with Washington D.C. on behalf of Osami Bin Laddin whom I personally did not known... I spiritually came into contact with Bin Laddin as well as both his male friends who, also is now dead. I witness both him also his friends, one stood over my bed as I layed, looking at him. Bin Laddin came to me in a glass sort of coffin.

Complaint at 1.

The allegations in the twenty-three complaints--even under the very liberal reading we accord *pro se* pleadings (and indeed, even if plaintiff herself believes them)--can only be described as delusional and fantastic. See Denton, 504 U.S. at 33. Since the complaints are devoid of any basis in law or fact, defects which cannot be cured by amendment, the frivolous complaints are dismissed with prejudice.

## CONCLUSION

Accordingly, the twenty-three complaints are dismissed as frivolous and for failure to state a claim upon which relief may be granted. 28 U.S.C.§ 1915 (e)(2)(B). Plaintiff is hereby warned that the future filing of non-meritorious complaints may result may in an order barring the acceptance of any future complaints filed without leave of the Court. 28 U.S.C. § 1651.

The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

NICHOLAS G. GARAUFIS
United States District Judge

Dated: Brooklyn, New York
   February 15, 2007

3