UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

            Plaintiff,                                **CIVIL JUDGMENT**
                                                    07-CV-156 (NGG)

      -against-

HUSSEIN SADDAM ESTATE,

            Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

            Plaintiff,

                                                    07-CV-159 (NGG)

      -against-

PRESIDENT VLADIMIR PUTIN,

            Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

            Plaintiff,

                                                    07-CV-162 (NGG)

      -against-

PRINCE RHAINER'S [SIC] ESTATE,

            Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

            Plaintiff,

                                                    07-CV-164 (NGG)

      -against-

PRINCESS CAROLINE, PRINCE RHAINER
AND PRINCESS GRACEY,

            Defendants.
------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

    -against-                                   07-CV-166 (NGG)

PRINCE PHILLIPS AND QUEEN ELIZABETH,

               Defendants.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

    -against-                                   07-CV-167 (NGG)

PRINCE WILLIAMS,

               Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

    -against-                                   07-CV-171 (NGG)

PRINCE CHARLES AND CARMILA PARKER
BOWLES [SIC],

               Defendants.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

               Plaintiff,

    -against-                                   07-CV-178 (NGG)

CARMILLA PARKER BOWELS [SIC] AND
PRINCE CHARLES,

               Defendants.
------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

                Plaintiff,

    -against-                                          07-CV-180 (NGG)

HITLER'S ESTATE; HOLOCAUST GERMANY
ESTATE,

                Defendants.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

                Plaintiff,

    -against-                                        07-CV-556 (NGG)

KHADAFY,

                Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

                Plaintiff,

    -against-                                        07-CV-557 (NGG)

CHRILL,

                Defendant.
------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

                Plaintiff,

    -against-                                        07-CV-558 (NGG)

HILLERY [SIC] R. CLINTON AND
BILL CLINTON,

                Defendants.
------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

JUBILEE CATHOLIC,

        Defendant.

07-CV-559 (NGG)

------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

OSAMI BIN LADDIN [SIC],

        Defendant.

07-CV-560 (NGG)

------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

VALUE CITY,

        Defendant.

07-CV-561 (NGG)

------------------------------------------------------------x
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

MIKE TYSON,

        Defendant.

07-CV-562 (NGG)

------------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANNETTE FLUKER,

              Plaintiff,

       -against-

BIN LADEN,

              Defendant.

07-CV-563 (NGG)

-----------------------------------------------------------x
-----------------------------------------------------------x

ANNETTE FLUKER,

              Plaintiff,

       -against-

BILL CLINTON,

              Defendant.

07-CV-564 (NGG)

-----------------------------------------------------------x
-----------------------------------------------------------x

ANNETTE FLUKER,

              Plaintiff,

       -against-

DON KING,

              Defendant.

07-CV-565 (NGG)

-----------------------------------------------------------x

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

MUSTUFAH FARRAKHAM AND MICHAEL JACKSON,

        Defendants.
------------------------------------------------------------x

07-CV-566 (NGG)

------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

PATIENT CARE,

        Defendant.
------------------------------------------------------------x

07-CV-567 (NGG)

------------------------------------------------------------x

ANNETTE FLUKER,

        Plaintiff,

   -against-

JESSE JACKSON,

        Defendant.
------------------------------------------------------------x

07-CV-568 (NGG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANNETTE FLUKER,

        Plaintiff,

        -against-                               07-CV-569 (NGG)

VATICAN,

        Defendant.
-----------------------------------------------------------x

Pursuant to the order issued February 15, 2007 by the Honorable Nicholas G. Garaufis dismissing the twenty-three complaints, it is

**ORDERED, ADJUDGED AND DECREED**: That the twenty-three complaints are hereby dismissed. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

/signed/
NICHOLAS G. GARAUFIS
United States District Judge

Dated: Brooklyn, New York
       February 15, 2007