FORM 1

NOTICE OF APPEAL

**RECEIVED**
MAR 05 2007
PRO SE OFFICE

\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
_____ DISTRICT OF _____

Annette Fluker
against
Bin Laden

NOTICE OF APPEAL

07-CV-563 (NGG)
Docket No.

Notice is hereby given that __Annette Fluker__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) __Judgment__

entered in this action on the __2__ day of __2 0__, 20 __07__

_Annette Fluker_
Signature

_Annette Fluker_
Printed Name

_1375 Ocean Ave Apt 1A_
Address

_Brooklyn, N.Y. 11230_

_(718) 372-3245_
Telephone No. (with area code)

Date: __3-2-07__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Annette Rule_, Plaintiff

-vs-

_Bin Laden_, Defendant(s)

**RECEIVED**
MAR 0 5 2007
**PRO SE OFFICE**

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
ON APPEAL

I, _Annette Rule_, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month
   
   _41-45 Crescent St Long Island N.Y._

2. If you are **NOT PRESENTLY EMPLOYED**:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits?   ☐ No ☒ Yes, $ _80.00 S.S.I._
   b) Do you receive any income from any other source?   ☒ No ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    $40.00

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

    _[signature]_

7. Do you pay for rent or for a mortgage? If so, how much each month?

    _[illegible]_ $200.00

8. State any special financial circumstances which the Court should consider.

    Through Tragic of Cedar Ave. Newark NJ Provoked Bin Ludin. To Jump in my Apt. of 30 Sumart St. There all feeding, I Paid $1000.00 Rent when Tracy lived on Cedar Ave. Also owned 2 Car's. was Buying The 2 Family Duplex, of 27 Grand Ave. Newark N.J. when These people struck my Home Seeking my Thorn, Provoken Bin Ludin, For Trouble. Since 1980 Friend _[illegible]_

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 3-5-07           _[signature]_
                         (signature)

rev. 7/2002