**MANDATE**

E.D.N.Y. Bklyn, N.Y.
07-cv-156
Garaufis, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of May, two thousand seven.

Present:

    Hon. John M. Walker, Jr.,
    Hon. José A. Cabranes,
        *Circuit Judges,*
    Hon. Richard W. Goldberg,*
        *Judge, U.S. Court of International Trade.*

[FILED MAY 25 2007, Thomas Asreen, Acting Clerk, SECOND CIRCUIT]

---

Annette Fluker,

    Plaintiff-Appellant,

v.

Jubilee Catholic, *et al.*,

    Defendants-Appellees.

07-0879-cv (L); 07-0881-cv;
07-0886-cv; 07-0894-cv;
07-0897-cv; 07-0906-cv;
07-0907-cv; 07-0908-cv;
07-0909-cv; 07-0910-cv;
07-0911-cv; 07-0912-cv;
07-0913-cv; 07-0914-cv;
07-0915-cv; 07-0917-cv;
07-0918-cv; 07-0919-cv;
07-0920-cv; 07-0921-cv;
07-0947-cv; 07-0961-cv;
07-0965-cv; 07-0971-cv(Con.)

---

Appellant, *pro se*, moves for a stay in connection with her appeals from the district court's *sua sponte* dismissal of her complaints. Upon due consideration, it is ORDERED that the motion is DENIED, and the appeals are dismissed, because they lack an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995); 28 U.S.C. § 1915(e).

---

*The Honorable Richard W. Goldberg, Senior Judge, of the United States Court of International Trade, sitting by designation.

MAY 2 5 2007      Issued as Mandate      JUN 15 2007

Finally, based upon our consideration of the record of this and prior proceedings, we give notice to Appellant that the future filing of frivolous appeals may subject her to a requirement that she obtain leave before filing appeals or other papers, see *In re Martin-Trigona*, 9 F.3d 226, 227 (2d Cir. 1993), to monetary penalties, see Fed. R. App. P. 38, or to other sanctions.

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: _____
Richard Alcantara, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

SAO MCR

by _____
DEPUTY CLERK